1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

| | |
|---|---|
| **DEVON DANTE HARRIS JR.,** ) | **Case No. CV 2:13-05801-VBF** |
| Petitioner, ) | |
| v. ) | RULE 58 FINAL JUDGMENT |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

17

18

19         Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor

20    of the respondent and against the petitioner.

21

22    DATED:      July 8, 2014

23

24    _____

25                    VALERIE BAKER FAIRBANK
                  UNITED STATES DISTRICT JUDGE

26

27

28